**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6607

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

WILLIAM L. HANDY, JR., a/k/a B,

Defendant – Appellant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge.  (8:04-cr-00559-AW-7; 8:09-cv-02011-AW)

Submitted:  August 26, 2010          Decided:  September 2, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

William L. Handy, Jr., Appellant Pro Se.  Bryan E. Foreman,
Robert K. Hur, Assistant United States Attorneys, Greenbelt,
Maryland; Sandra Wilkinson, Assistant United States Attorney,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William L. Handy, Jr., appeals the district court's order denying his "Motion Requesting Release on Bail Pending Resolution of Petitioner's 28 U.S.C.[A.] § 2255 [(West Supp. 2010)] Motion Pursuant to 18 U.S.C. § 3143(b) [(2006)] and the Court's Inherent Power." Our review reveals that the district court recently denied Handy's § 2255 motion. Accordingly, because the relief Handy seeks is no longer available, we dismiss his appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED